**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Melissa Cruz-Torres and Willibaldo Ramirez-Ponce,
Defendants,

Of whom Melissa Cruz-Torres is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001905

———————————

Appeal From Lexington County
Huntley S. Crouch, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-189
Submitted June 16, 2020 – Filed June 16, 2020

———————————

**AFFIRMED**

———————————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, of
Greenville, for Appellant.

Rebecca Marie Farmer, of Cordell Law LLP, of
Columbia; and Scarlet Bell Moore, of Greenville, both
for Respondent.

Robin Page, of Robin Page LLC, of Columbia, for the Guardian ad Litem.

———————————

**PER CURIAM:**  Melissa Cruz-Torres appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cruz-Torres's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

———————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.